AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District | Southern District of Florida |
|---|---|---|
| Name of Movant: Richard T. Magnotti | Prisoner No. 29455-004 | Case No. 92-6052-CR-ZLOCH |

Place of Confinement: Seminole Co. Jail, 211 Bush Blvd, Sanford, FL 32773
OUT ON WRIT From U.S.P. Atlanta Box PMB, Atlanta, GA. 30315

UNITED STATES OF AMERICA V. Richard T. Magnotti
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: U.S. District Court, Ft. Lauderdale, FL 33301 (So. Dist. of FLA).

2. Date of judgment of conviction: 12/11/98

3. Length of sentence: 24 mos

4. Nature of offense involved (all counts): Bank Robbery (2113 A) Originally got 77 mos, 2 yrs Supervised Release. Violated Supervised Release Recieved 24 mos.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☑    No ☐    (THIS IS A Re file AS the first one dated 9/10/99 was lost in mail (see enclosed) Inveleged, Thack citate

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ☐    No ☑

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(3)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐      No ☑

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐      No ☑
(2) Second petition, etc.    Yes ☐      No ☑

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I am proceeding pro se and I had to wait for my subsequent conviction and sentence before this instant offense and sentence to be illegal.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

   Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

   For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

   Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

   (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: On 12/11/98 I recieved 24 months to run consecutive to a future not imposed non-existing sentence.

Supporting FACTS (state *briefly* without citing cases or law)
On 12/11/98 I was not serving any committed term, therefore there was no sentence to run this one (of 24 mos) consecutive to. I was sentenced to 188 mos on 2/25/99 in case #98-6113-CR-Dim.T. The "structure" should've been determined at the latter sentencing date by that court.

B. Ground two: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law) _____

(5)

D.   Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

This is my 2nd attempt to file via 2255, 1st one was lost / not returned to me either so I was instructed to refile. (see enclosed)

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐        No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing _____

    (b) At arraignment and plea _____

    (c) At trial _____

    (d) At sentencing _____

(6)

(e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☑    No ☐

    (a) If so, give name and location of court which imposed sentence to be served in the future: U.S. Dist. Court, Ft. Lauderdale, FL in case # 98-6113 CR-Dimit.

    (b) Give date and length of the above sentence: 2/25/99 sentenced to 2 188 month terms to run concurrent to each other.

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☑

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12/28/99
(Date)

_____
Signature of Movant

(7)