UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CIV-ZLOCH
        (92-6052-CR-ZLOCH)
MAGISTRATE JUDGE SORRENTINO

RICHARD T. MAGNOTTI,                    :

        Movant,                         :

                                             ORDER TO SHOW CAUSE
v.                                      :     28 U.S.C. §2255

UNITED STATES OF AMERICA,               :

        Respondent.                     :

_____



FILED by _____ D.C.
MAG. SEC.

FEB - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA.    MIAMI

        Richard T. Magnotti has filed a motion to vacate pursuant to

28 U.S.C. §2255, attacking a federal conviction and/or sentence.

It is thereupon

        ORDERED AND ADJUDGED as follows:

        1.    COUNSEL FOR THE RESPONDENT IS INSTRUCTED TO ALWAYS USE

THE CIVIL CASE NUMBER AS WELL AS THE CRIMINAL CASE NUMBER ON ALL

FILINGS IN THIS §2255 PROCEEDING.

        2.    To prevent motions for extension of time, counsel for the

respondent is notified that an extended period for the response has

been provided in this case.    NO MOTIONS FOR EXTENSION OF TIME WILL

BE GRANTED EXCEPT UNDER THE MOST EXTRAORDINARY CIRCUMSTANCES, WHICH WILL PROBABLY REQUIRE A HEARING IN OPEN COURT.

3. Counsel for the respondent shall notify this office telephonically within one week of receipt of this Order of the name of the Assistant United States Attorney to whom the case is assigned.

4. On or before March 29, 2000, the respondent shall file a memorandum of fact and law to show cause why this motion should not be granted, and shall file therewith all documents and transcripts necessary for the resolution of this motion unless they are currently in the Court file. The respondent is reminded that files more than three years old are not readily available to the Court since they must be ordered from out of state storage.

5. Counsel for the respondent is requested to caption the response as an Answer and not a Motion to Dismiss. The statute, 28 U.S.C. §2243, calls for a "Return;" Rule 5 of the Rules Governing Section 2255 Proceedings for the United States District Courts calls for an "Answer." When a response, return, or answer is labeled as a motion to dismiss, it confuses the Court's computer.

2

6.    If readily available to the Court, a copy of the criminal docket sheet will be provided to the respondent with its copy of this Order.


7.    The parties' attention is called to the habeas corpus reform provisions enacted April 24, 1996, as part of the Antiterrorism and Effective Death Penalty Act of 1996. These amendments make significant changes in the habeas corpus statutes, including, for example, a statute of limitations in 28 U.S.C. §2255.


DONE AND ORDERED at Miami, Florida this ___/___ day of February, 2000.


UNITED STATES MAGISTRATE JUDGE

cc:  Richard T. Magnotti, Pro Se
     Reg. No. 29455-004
     Seminole County Jail
     211 Bush Boulevard
     Sanford, FL 32773

     U.S. Attorney
     Attn:  Roberta Greenspan
     99 N.E. 4th Street
     Miami, FL  33132

3