United States District Court
Southern District of Florida
Case No: 00-6003-CIV ZLOCK
(92-6052-CR-ZLOCK)
Magistrate Judge
Sorrentino

Richard T. Magnotti
   Movant
vs.
United States of America
   Respondent

FILED by ___ D.C.
00 FEB 10 AM 10:58
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

Motion for Extention of Time Limitations Period in the above case.

<u>FACTS</u>

1) The Movant, acting Pro Se, sent via U.S. mail September 10th, 1999 a 2255 motion (and 2 copies) to the Clerk of Courts, 299 E. Broward Blvd., Ft. Lauderdale, Florida in the above titled cause.

2). After approximately 60 days movant, having not received confirmation of receipt by the Clerk of Courts, contacted same via U.S. mail inquiring as to status of said 2255 (see enclosed).

3.) Upon receipt of returned letter dated 12/22/99 <u>I re-filed immediatly another form 2255</u> on the same pretense of the lost, misplaced one, posted 9/10/99 (it was not returned to me)

copy in chambers

6

4) On 1/24/00 I received copies of the Court Calendar, (enclosed) letter of inquiry, an assigned case #, and a filing date of 1/03/00 from the Clerk of Courts in Ft Lauderdale, FL.

5) On 2/5/00 I received Initial Order of Instruction to Pro Se Litigant; an Order to movant to respond regarding Limitations Period; Copy of Order to Show Cause to Respondent. I was made aware of my responsibility to enter a memorandum by 2/29/00 in support of Issues 1 thru 4 to substantiate my claim.

6) By the delay, beyond my control, as to the timely filing due to lost, or misplaced original 2255 posted 9/10/99 my subsequent re-filing exceeds by approx.* 4-9 days the one year time limitation set forth in Order to Movant to Respond Regarding Limitation period.

*NOTE) The exact days dependant upon whether there is 10 vs 15 days to file direct appeal making conviction final.

## Argument

Movant acted in good faith and in a timely fashion as evidenced by 12/17/99 letter of inquiry to the Clerk of Courts in Ft Lauderdale Florida, substantiating Movants claim to earlier filing in this matter.

Movant is under time constraints imposed by this Honorable Court to file memorandum by 2/29/00 in support of his claim, this motion here now must be ruled on with all due haste allowing Movant time to receive Courts ruling on this motion and to have the opportunity to act accordingly.

Movant hereby requests this Court enter an Order Granting Extention of Category Number (1), one, as set forth in Order to Movant to Respond Regarding Limitations Period, to encompass the 1/03/00 filing date, approximately 4 to 9 days, (see note bottom of page #2).

Movant Implores The Court to Please Give all due consideration in making this ruling and to act without delay in this matter. (THANKYOU)

I, RICHARD T. MAGNOTTI, MOVANT, hereby certify that on this 7th day of February, 2000, a copy of this motion contained herein was sent, via U.S. mail, to: U.S. ATTORNEY, ATTN: Roberta Greenspan, 99 N.E. 4th St Miami, FL. 33132

_____
RICHARD T. MAGNOTTI
#29455-004
Seminole Co. Jail
211 Bush Blvd
Sanford, FL. 32773
DATED February 7, 2000

Clerk of the Court
United States Courthouse
299 E. Broward Blvd.
Ft. Lauderdale, FL. 33301

12/17/99
REC'D by _____ D.C.
DEC 22 1999
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Ref Case # 92-60-52-CR
Zloch

Sir/Ma'am -

On Sept. 10th, 1999 I sent via U.S. mail a 2255, (in Triplicate copies), to your office in the above titled case. I never received aknowledgement of your being in receipt of it.

I am presently here in the Mid. Dist of Fla (Orlando Div) for Vio. my Supervised Release here.

My 2255 was attacking Judge Zlocks imposing a 24 mo. sentence to run consecutive to a non-existing non-imposed sentence for that Vio. of Supervised Release there.

This Vio. here in the Mid Dist is part of a concurrent sentence to Judge Zlocks initial sentence of 77mos 2yr. Sup. Rel. under 5G1.3B.

Therefore, the stipulation "consecutive" will also effect the structure of this sentence I receive here. The 2255 was timely filed, and was not returned to me as of Nov. 1st, 1999.

I'm asking that you check your files/records to see if it was mis-placed

(1 year)

If it can't be located I ask that you present this letter to Judge Zlock requesting he grant me additional time to re-file another 2255 addressing the same issue of consecutive to a non-existing non-imposed sentence.

If the Hon. Judge Zlock does grant me this extension, I ask you to please send me 3 form 2255's to enable me to re-file A.S.A.P..

I am at present in the Seminole Co. jail on Writ from U.S.P. - ATL.

This is a very crucial matter as it determines the structure of all my Federal sentences.

Thanking you in advance for your assistance,

Sincerely,
Richard Magnotti

(Marshalls # 29455-004)            Richard T. Magnotti
                                    John E. Polk Corr. Fac.
(Jail # here is                     211 Bush Blvd
    99-14481)                       Sanford, FL 32773

Than! please send me forms w/o delay - Thank you,