United States District Court
Sou. ern District of Florida
CASE NO: 00-6003-CIV-ZLOCH
(92-6052-CR-ZLOCH)
MAGISTRATE JUDGE
SORRENTINO

RICHARD T. MAGNOTTI
MOVANT

vs.

United States of America
Respondent

**ORDER**
Granted ~~Granted~~
Denied: This is not
Comments: A memo but
will be viewed as a
response to the statute of limitations
Date issued: 2/23/00
Clarence Maddox — U.S. Magistrate Judge

FILED by _____ D.C.
MAG. SEC.
FEB 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. — MIAMI

MOTION for Extention of Time Limitations Period in the above case.

## FACTS

1) The movant, acting Pro Se, sent via U.S. mail September 10th, 1999 a 2255 motion (and 2 copies) to the Clerk of Courts, 299 E. Broward Blvd., Ft. Lauderdale, Florida in the above titled cause.

2). After approximately 60 days movant, having not received confirmation of receipt by the Clerk of Courts, contacted same via U.S. mail inquiring as to status of said 2255 (see enclosed).

3.) Upon receipt of returned letter dated 12/22/99 I re-filed immediatly another form 2255 on the same pretense of the lost, misplaced one, posted 9/10/99 (it was not returned to me)