United States District Court
S.D. District of Florida

CASE # 00-6003-CV-Zlock
(92-6052-CR-Zlock)

Magistrate Judge Sorrentino

Richard T. Magnotti
Movant

v.

United States of America
Respondent

FILED BY _____ D.G.
2000 FEB 23 AM 11:01
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

Memorandum of Movant in response to, "Order to Movant" dated February 1st, 2000

1) Condition one; Movants judgement and conviction became final.

  A) Movant has filed with this Honorable Court a motion to Extend Limitations period dated 2/7/00. In that motion Movant raised issue of lost misplaced 2255 posted 9/10/99, and then subsequent Re-filing causing the delay (to timely filing) as beyond Movants control. As of this memorandum Movant is still awaiting Courts ruling

N-COMPLIANCE OF S.D. fla. L.R. _____

  B) Established filing date of 1/3/00

Continued.

B) does not take into account, (issue raised by movant in motion to Extend Limitations period), the delay of the lost/misplaced original 2255 filed 9/10/99 or letter of inquiry of same, dated "Received" by Clerks Office 12/22/99. Movant Implores this Court to take into consideration these facts as well as allowing inquiry letter to substantiate movants claim of earlier filing on 9/10/99.

2) Condition Two; Impediment to making motion created by Government action was Removed

A) On 2/25/99 sentencing occured in case #98-6113-CR-Dimit., that judgement became final 3/7/99 by lapse of 10 day filing limit for direct appeal, That case is the basis of movants challenge to the legality of this case now under attack here, there by impeding

CONTINUED

A) Movant from taking any action before case number 98-6113-CR Dimit became final.

B) If the Hon. Judge William P. Dimitrouleas had stipulated consecutive, (to 92-6052-CR ZLOCK, this instant offense), it would've rendered as "moot" the issue being challenged by 2255. Therefore — movant had to await events to occur before he could challenge them, i.e.; couldn't challenge what may or might occur — only to what in fact did occur, Judge Dimitrouleas did not make any stipulation as to how his sentence was to run.

C.) Issue raised on 2255 is valid once the above occured.

### CONCLUDING STATEMENT

Movant urges the Honorable Magistrate Judge Sorrentino to allow the 2255 to proceed so that the issues raised therein can be addressed by the Hon. District Judge William Zlock for final resolution.

### Certificate of Service

I, Richard T. Magnotti, movant, certify that on this 16th day of February, 2000, did send via U.S. mail a copy of this memorandum to: United States Attorney Rep. Attn: Roberta Greenspan, 99 N.E. 4th St. Miami, FL. 33132

Richard T. Magnotti
#29455-004
Seminole Co. Jail
211 Bush Blvd.
Sanford, FL.
32773