United States District Court
Southern District of Florida
Case # 00-6003-Civ Zloch
(92-6052CR Zloch)

Magistrate Judge Sorrentino

Richard T. Magnotti
   Movant
v.
United States of America
   Respondent


FILED by INTAKE D.C.
FEB 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Notice of Change of Address

As of this date, the 23rd of February, 2000, the Movant's new location and address will be:

United States Penitentiary - Atlanta
Richard T. Magnotti
#29455-004
Box P.M.B
Atlanta, GA. 30315

## Certificate of Service

I, Richard T. Magnotti, do hereby attest that a copy of this Notice has been forwarded, via US mail, on this 23rd day of February, 2000 to:

U.S. Attorney
Attn: Roberta Greenspan
99 N.E. 4th St
Miami, FL 33132

Signed _____