Richard T. Magnotti
movant

v.

United States of America

FILED by _____ D.C.
MAG. SEC.
APR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case # 00-6003-CV
(92-6052-CR-Zloch)
Magistrate Judge Sorrentino

Petition for Court to Enter Ruling on 2255 Motion filed 1/3/00

## FACTS

A.) Movant filed 2255 on 1/3/00 and Court issued Memorandum to Movant to Respond, (by 2/29/00 in support of Limitations Period), and Order to Show Cause to Respondent (Government) with 3/29/00 being due date

B.) Movant filed Motion to Extend Limitations Period for Cause beyond Movants Control, (Lost in Mail), as evidenced by dated inquiry letter to the Clerk of the Courts dated 12/23/99

C.) Movant filed mandatory response to Order to Movant to Respond in timely fashion, well before 2/29/00 due date. In Response Movant addressed both Movants Motion to Extend Limitations Period AND set forth other particulars that have relevance regarding Limitations Period as

## Facts Continued

D) Movant complied diligently and as Ordered by affording copies of everything filed with Court to the U.S. Attorney, ATTN: Roberta Greenspan, 99 N.E. 4th ST, Miami, FL. 33128, and all documentation included a certificate of service to that effect.

E) On 2/23/00 Movant filed a Notice of Change of Address to the Court, and the U.S. Attorney, informing both of movants new address and location from that date forward.

F) All filings/documents were sent via U.S. Mail and well within the periods (time) and format Ordered by the Court.

## Argument

Movant has not received any documents and/or filings by the U.S. Attorney in regards to the Courts Order to Show Cause, nor any response to Movants Response to that Order as applied to Movant.

### Argument Continued

Further, Movant has not received any notice of Courts granting an extention/continuance to Respondent, nor any other relevant documentation, which if filed by Respondent, did not afford copy to Movant in direct violation of Courts Order to Show Cause.

### Concluding Statement

Movants requests Court to issue ruling favorable to Movant that will allow sentencing Court to entertain issues raised in 2255. Movant also petitions Court to disallow any and all filings, if such filings exist, that antedate Courts imposed 3/29/00 due date afforded for such purposes. Also, Respondents failure to respond, or failure to provide copies of any such filings to Movant, violates Show Cause Order issued by this Court.

## Certificate of Service

I, Richard T. Magnotti, movant, hereby certify that a copy of the foregoing has been sent, via U.S. mail, to U.S. Attorney, ATTN: Roberta Greenspan, 99 N.E. 4th St., Miami, FL 33128, on this 10th day of April, 2000.

*/s/ Richard T. Magnotti*

Richard T. Magnotti
#29455-004
U.S.P. - Atlanta
Box P.M.B.
Atlanta, GA 30315