Copy for judge

Richard T. Magnotti
 Movant

v.

United States of America

Case # 00-6003-CV
(92-6052-CR-Zloc.
Magistrate Judge Sorrentino

Petition for Court to Enter
on 2255 Motion filed 1/3/00

ORDER
— to the extent the
this case will be
[illegible] reviewed in turn.

Dated: 4/24/00
[signature]
Charles [illegible]
U.S. Magistrate Judge

FILED by ___ D.C.
MAG. SEC.
APR 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT LAUD

## FACTS

A.) Movant filed 2255 on 1/3/00 and Court issued Memorandum to Movant to Respond, (by 2/29/00 in support of Limitations Period), and Order to Show Cause to Respondent (Government) with 3/29/00 being due date.

B.) Movant filed Motion to Extend Limitations Period for cause beyond Movants Control, (Lost in mail), as evidenced by dated inquiry letter to the Clerk of the Courts dated 12/23/99.

C.) Movant filed mandatory response to Order to Movant to Respond in timely fashion, well before 2/29/00 due date. In Response Movant addressed both Movants Motion to Extend Limitations Period AND set forth other particulars that have relevance regarding Limitations Period as applied in Courts Order to Movant.