UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6003-CIV-ZLOCH
                92-6052-CR-ZLOCH

RICHARD T. MAGNOTTI,

    Movant,

vs.                                    **FINAL ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

    Respondent.
_____/

FILED by ____ D.C.
AUG 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 13), filed herein by United States Magistrate Judge Charlene H. Sorrentino, and upon the Movant, Richard T. Magnotti's Objection To Report Of Magistrate Judge (DE 15). The Court has conducted a de novo review of the entire record herein and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Movant, Richard T. Magnotti's Objection To Report Of Magistrate Judge (DE 15) be and the same is hereby **OVERRULED**;

2. The Report Of Magistrate Judge (DE 13), filed herein by United States Magistrate Judge Charlene H. Sorrentino be and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED**; and

4. To the extent not otherwise disposed of herein, all

pending motions are hereby **DENIED** as moot.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___30th___ day of August, 2000.

```
                    _____
                    WILLIAM J. ZLOCH
                    Chief United States District Judge
```

Copies furnished:

The Honorable Charlene H. Sorrentino
United States Magistrate Judge

Richard T. Magnotti, Pro Se
Reg. No. 29455-004
United States Penitentiary
P.O. Box PMB
601 McDonough Boulevard, S.E.
Atlanta, GA 30315

Thomas P. Lanigan, Esq., AUSA