UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6003-CIV-ZLOCH
         92-6052-CR-ZLOCH

RICHARD T. MAGNOTTI,

    Movant,

vs.                                       **ORDER DENYING**
                                     **CERTIFICATE OF APPEALABILITY**

UNITED STATES OF AMERICA,

    Respondent.
_____/

    THIS MATTER is before the Court sua sponte.  The Court having denied Defendant's Motion To Vacate finds that the Defendant has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2).

    Accordingly, it is

    **ORDERED AND ADJUDGED** that the issuance of a Certificate of Appealability be and the same is hereby **DENIED** for the reasons set forth above.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _30th_ day of August, 2000.

                                                      _/s/ William J. Zloch_
                                                   WILLIAM J. ZLOCH
                                                   Chief United States District Judge

Copies furnished:
See attached Mailing List

FILED by _____ D.C.
AUG 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

RICHARD T. MAGNOTTI v. UNITED STATES OF AMERICA
<u>CASE NOs.  00-6003-CIV-ZLOCH and 92-6052-CR-ZLOCH</u>

Richard T. Magnotti, <u>Pro</u> <u>Se</u>
Reg. No. 29455-004
United States Penitentiary
P.O. Box PMB
601 McDonough Boulevard, S.E.
Atlanta, GA 30315

Thomas P. Lanigan, Esq., AUSA
For Respondent